JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
OSCAR SALAZAR LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ORLANDO ISRAEL SALAZAR LOPEZ,<br><br>          Defendants. | No. CR-S 08-561-EJG<br><br>**STIPULATION AND ORDER**<br><br>Date: June 5, 2009<br>Time: 10:00 a.m.<br>Hon. Edward J. Garcia |

     Defendants Orlando Israel Salazar Lopez, Laura Plascencia Garcia, Bobby Wilkerson, Jr., Sioeli Tanaki Vilingia, Jose Leobardo Castro, Bruno Ramon Sanchez Yanez, Pedro Ernesto Ortiz, through their respective counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the status conference in the above-captioned case from April 10, 2009, to **June 5, 2009, at 10:00 a.m.**

     All the listed defendants are charged in this case with conspiracy to distribute and possess with the intent to distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, as well as other offenses. The indictment is the result of a wiretap investigation.

To date, defense counsel have received more than 3,000 pages of discovery, surveillance photos and videos, recorded meetings and phone calls with the undercover informant, and hundreds of recorded wiretap-intercepted phone calls. The vast majority of recorded calls are in Spanish. Further, counsel has received transcripts of many of the recorded phone calls, which contain translations into English.

The Court has previously made a finding that this case is "complex" and has excluded time under the Speedy Trial Act on this ground and for defense preparation through April 10, 2009. This continuance is requested because defendants' counsel need additional time to prepare, including reviewing discovery, obtaining transcripts of taped conversations and other needed records, identifying and interviewing potential witnesses, conducting legal research, and identifying potential motions to be filed. For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from April 10, 2009 through June 5, 2009, for defense preparation and complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: April 6, 2009

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
ORLANDO ISRAEL SALAZAR LOPEZ

Dated: April 6, 2009

/s/ Krista Hart
KRISTA HART
Attorney for Defendant
LAURA PLASCENCIA GARCIA

Dated: April 6, 2009

/s/ Danny D. Brace, Jr.
DANNY D. BRACE, Jr.
Attorney for Defendant
BOBBY WILKERSON, JR.

///

3Dated:  April 6, 2009

          /s/ Fred Neal Dawson
          FRED NEAL DAWSON
          Attorney for Defendant
          SIOELI TANAKI VILLINGIA

Dated:  April 6, 2009

          /s/ Dwight M. Samuel
          DWIGHT M. SAMUEL
          Attorney for Defendant
          JOSE LEOBARDO CASTRO

Dated:  April 6, 2009

          /s/ Gilbert A. Roque
          GILBERT A. ROQUE
          Attorney for Defendant
          BRUNO RAMON SANCHEZ YANEZ

Dated:  April 6, 2009

          /s/ Dan Frank Koukol
          DAN FRANK KOUKOL
          Attorney for Defendant
          PEDRO ERNESTO ORTIZ

          LAWRENCE G. BROWN
          U.S. Attorney

Dated:  April 6, 2009

By:  /s/ Jill Marie Thomas
      JILL MARIE THOMAS
      Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.** For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

Dated:  <u>April 6 , 2009</u>

          /s/ Edward J. Garcia
          HON. EDWARD J. GARCIA
          U.S. District Judge