IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ORLANDO ISRAEL SALAZAR LOPEZ, et al.,<br><br>　　　　Defendants.<br>_____/ | No.  CR.S-08-0561 EJG<br>No.  CR.S-08-0562 EJG<br><br>ORDER RE DEFENDANTS'<br><u>MOTION FOR DISCOVERY</u> |

　　　　On December 19, 2008, this matter came before the undersigned for hearing on defendants' motion for discovery of a April 3, 1996 Clerk's Office Memorandum entitled "Procedures for Handling Wiretaps."  (Doc. No. 35.)  Assistant United States Attorney Jill Thomas appeared on behalf of the United States.  Attorney John Balazs appeared on behalf of defendant Lopez.

/////

/////

/////

1

1   Good cause appearing, the motion is granted.  The memorandum
2 sought by the defense is attached to this order.
3 DATED: April 9, 2009.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
lopez.discovery

2